UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WARRIOR LACROSSE, INC.,

        Plaintiff,        Consolidated Civil Action
                                             Case Nos.: 04-70363 & 04-71842

v.

                                             HON. JULIAN ABELE COOK, JR.
STX, L.L.C.,                                    MAG. JUDGE WALLACE CAPEL, JR.

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on November 17, 2006,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

                                             s/ Julian Abele Cook, Jr.
                                             JULIAN ABELE COOK, JR.
                                             U.S. DISTRICT COURT JUDGE

Date: March 14, 2007


Certificate of Service

      I hereby certify that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

                                             s/ Kay Alford
                                             Courtroom Deputy Clerk